UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Ebbin Carlton Ballard, Jr. | **Case No. 16-34012-KLP**
Chapter 13

Debtor

### NOTICE OF MOTION AND NOTICE OF HEARING ON
### MOTION TO APPOINT GUARDIAN AD LITEM

The above named Debtor has filed a Motion to Appoint a Guardian *Ad Litem* in this matter.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

NOTICE

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party at least 7 [or 3] days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. You must mail your response to the following:

John C. Morgan                       Clerk of the Court
98 Alexandria Pike, Suite 10         U.S. Bankruptcy Court
Warrenton, VA 20186                  701 E. Broad Street
                                     Richmond, VA 23219

**This is further notice that a hearing will be held on October 5, 2016 at 10:00 a.m. in Judge Phillip's Courtroom, 701 E. Broad Street, Courtroom 5100, Richmond, VA 23219.**

If you or your attorney do not take these steps, the court will decide that you do not oppose the relief requested.

Respectfully submitted,
UPRIGHT LAW, PLLC

/s/ John C. Morgan
John C. Morgan, Esquire VSB # 30148
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
(540) 349-3232 (FAX) 349-1278
jcm@jcmpllc.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, a true copy of the foregoing Notice was mailed, via first class postage paid, or served via the CM/ECF system, to Bruce H. Matson, Chapter 7 Trustee, the Debtor and all creditors and parties in interest.

/s/ John C. Morgan
John C. Morgan VSB # 30148