# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  **Ebbin Carlton Ballard Jr.**          Case No. 16-34012-KLP
                                                Chapter 7

           Debtor

---

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, a copy of the Notice of Motion and Notice of Hearing on Motion to Appoint Guardian *ad litem* and the Motion to Appoint Guardian *ad litem* was mailed to all Creditors and parties listed on the attached mailing list.

UPRIGHT LAW, LLC

/s/ John C. Morgan
John C. Morgan, VSB # 30148
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
(540) 349-3232
(FAX) 349-1278
*Counsel for the Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-34012-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Sep 12 17:05:09 EDT 2016 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| American General Fin./Springleaf<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Amsouth Bank/Regions Bank<br>Consumer Collection<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BCC Financial Mgmt.<br>P.O. Box 590097<br>Fort Lauderdale, FL 33359-0097 | BCC Financial/Rappahannock Gen.<br>P.O. Box 590097<br>Fort Lauderdale, FL 33359-0097 |
| Bon Secours Richmond<br>P.O. Box 843356<br>Boston, MA 02284-3356 | Branch B&T<br>P.O. Box 1847<br>Attn: Bankruptcy<br>Wilson, NC 27894-1847 | (c)CAC FINANCIAL CORP.<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK 73112-7236 |
| CJW Medical Center<br>7101 Jahnke Rd.<br>Richmond, VA 23225-4017 | CJW Medical Center<br>P.O. Box 740760<br>Cincinnati, OH 45274-0760 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cardiac Surgical Associates<br>3 Maryland Farms Ste 260<br>Brentwood, TN 37027-5053 | Chesapeake Medical Group<br>P.O. Box 2255<br>Kilmarnock, VA 22482-2255 | Citibank / Sears<br>Centralized Bankruptcy<br>P.O. Box 790040<br>Saint Louis, MO 63179-0040 |
| Cmre Financial Services Inc<br>3075 E Imperial Hwy., Ste. 200<br>Brea, CA 92821-6753 | Commonwealth Anesthesia<br>P.O. Box 35808<br>Richmond, VA 23235-0808 | Commonwealth Lab Consultants<br>P.O. Box 366559<br>Richmond, VA 23235-0000 |
| Credit Adjustment Board, Inc.<br>8002 Discovery Dr.<br>Suite 311<br>Henrico, VA 23229-8601 | Credit Collections Inc/AMR<br>P.O. Box 60607<br>Oklahoma City, OK 73146-0607 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Drivetime Credit Co<br>P.O. Box 29018<br>Phoenix, AZ 85038-9018 | Equidata<br>Attn: Bankruptcy<br>P.O. Box 6610<br>Newport News, VA 23606-0610 | Evb<br>P.O. Box 1005<br>Tappahannock, VA 22560-1005 |
| (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Focused Recovey Solutions, Inc.<br>PO Box 63355<br>Charlotte, NC 28263-3355 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |

| | | |
|---|---|---|
| Harvard Collection<br>Harvard Collection Services<br>4839 N. Elston Avenue<br>Chicago, IL 60630-2589 | (p)HORIZON FINANCIAL MANAGEMENT LLC<br>9980 GEORGIA ST<br>CROWN POINT IN 46307-6520 | James River Emergency Group<br>P.O. Box 660827<br>Dallas, TX 75266-0827 |
| Med1 Continental Emergency Svc<br>9400 Meadowbridge Rd.<br>Mechanicsville, VA 23116-1504 | Medical Transport LLC<br>P.O. Box 2841<br>Norfolk, VA 23501-2841 | Medicredit, Inc.<br>P.O. Box 1629<br>Maryland Heights, MD 63043-0629 |
| Midwest Collections<br>MediCredit Corp.<br>P.O. Box 411187<br>St. Louis, MO 63141-3187 | Millenia Collections<br>P.O. Box 102607<br>Atlanta, GA 30368-2607 | On Site Physicians<br>12109 Hogans Alley<br>Chester, VA 23836-8611 |
| One Hampton Medical<br>3475 Momentum Place<br>Chicago, IL 60689-5334 | OrthoVirginia<br>P.O. Box 35725<br>Richmond, VA 23235-0725 | PHG Capital City<br>P.O. Box 740776<br>Cincinnati, OH 45274-0776 |
| PMAB<br>P.O. Box 12150<br>Charlotte, VA 28220-2150 | Physical Medicine & Rehab<br>P.O. Box 11768<br>Richmond, VA 23230-0168 | Pmab Srvc<br>435 South Stream Blvd.<br>4th Floor<br>Charlotte, NC 28217-0000 |
| Premiere Credit<br>P.O. Box 24850<br>Nashville, TN 37202-4850 | Prime Care Health Services PC<br>P.O. Box 11768<br>Richmond, VA 23230-0168 | Prime Doctor of Richmond<br>8266 Atlee Rd.<br>Mechanicsville, VA 23116-1804 |
| Pulmonary Associates<br>P.O. Box 102594<br>Atlanta, GA 30368-2594 | Rappahannock General<br>P.O. Box 1449<br>Kilmarnock, VA 22482-1449 | Rappahannock General Hospital<br>P.O. Box 1449<br>Kilmarnock, VA 22482-1449 |
| Richmond Ambulance<br>2400 Hermitage Road<br>Richmond, VA 23220-1200 | Richmond Gastroenterology<br>P.O. Box 63355<br>Charlotte, NC 28263-3355 | Richmond Nephrology Assc.<br>671 Hioaks Road, Ste B<br>Richmond, VA 23225-4072 |
| Richmond Nephrology Associates<br>671 Hioaks Road Ste B<br>Richmond, VA 23225-4072 | SCI<br>P.O. Box 28860<br>Henrico, VA 23228-0000 | Sears<br>P.O. Box 688956<br>Des Moines, IA 50368-8956 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-7949 | Stanley Furman, MD<br>P.O. Box 247<br>Midlothian, VA 23113-0247 | Swift Creek Family Care<br>1628 Boulevard Dr.<br>Colonial Heights, VA 23834-1342 |

| | | |
|---|---|---|
| US Dept. of Veterans Affairs<br>P.O. Box 19950<br>Asheville, NC 28815-1905 | (p)ROBERT P MCINTOSH<br>U S ATTORNEY S OFFICE<br>EASTERN DISTRICT OF VIRGINIA<br>919 E MAIN ST SUITE 1900<br>RICHMOND VA 23219-4625 | VA Cardiovascular Specialists<br>P.O. Box 791183<br>Baltimore, MD 21279-1183 |
| VCI<br>7502 Glen Forest Dr. Ste 200<br>Richmond, VA 23226-0000 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | Virginia Urology<br>9105 Stony Point Dr.<br>Richmond, VA 23235-1979 |
| Virginia Urology<br>P.O. Box 102594<br>Atlanta, GA 30368-2594 | Wahoo Radiology, PLLC<br>P.O. Box 79734<br>Baltimore, MD 21279-0734 | Bruce H. Matson<br>LeClair Ryan, A Professional Corporation<br>919 East Main Street<br>24th Floor<br>Richmond, VA 23219-4622 |
| Ebbin Carlton Ballard Jr.<br>191 Mae Lane<br>Wake, VA 23176-2157 | John C. Morgan Jr.<br>UpRight Law LLC<br>98 Alexandria Pike, Suite 10<br>Warrenton, VA 20186-2849 | Judy A. Robbins 11<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>P.O. Box 1847<br>Wilson, NC 27894-0000 | Directv<br>P.O. Box 78626<br>Phoenix, AZ 85062-0000 | Focus Recovery Solutions<br>Attn: Bankruptcy<br>9701 Metropolitan Court, Ste B<br>Richmond, VA 23236-0000 |
| Ford Motor Credit Corporation<br>Ford Motor Credit<br>P.O. Box 6275<br>Dearborn, MI 48121-0000 | Horizon Financial<br>9980 George Street<br>Crown Point, IN 46307 | (d)Horizon Financial<br>9980 Georgia S.<br>Crown Point, IN 46307-0000 |
| Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-0000 | United States Attorney<br>Main Street Centre - 18th Floor<br>600 East Main Street<br>Richmond, VA 23219 | VW Credit<br>2333 Waukeegan Rd.<br>Deerfield, IL 60015-0000 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CAC Financial Corp.
2601 NW Expressway
Ste. 1000 East
Oklahoma City, OK 73112-0000