# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:    **Ebbin Carlton Ballard, Jr.**<br><br>Debtor | Case No. 16-34012-KLP<br>Chapter 7 |

### ORDER APPOINTING GUARDIAN AD LITEM

Upon the Motion of the Debtor, Ebbin Carlton Ballard, Jr., by counsel, pursuant to 11 U.S.C. § 105, Federal Rules of Bankruptcy Procedure 1004.1 and 1016, and Local Rule 9010-1, and it appearing that no creditors are adversely affected, it is

ORDERED that the Debtor's wife, Mrs. Charlotte H. Ballard, is hereby appointed to represent the Debtor as his Guardian *ad litem* in this Chapter 7 case and as such to protect his interests and take such actions as may be required to relative thereto until the conclusion of this case, and it is further

ORDERED that pursuant to 11 U.S.C. §§ 727(a)(11) and 109(h)(4), the Debtor is excused from the requirement to complete a course concerning personal financial management.

Signed: Oct 31 2016

        /s/ Keith L. Phillips
U.S. Bankruptcy Judge

Copies to:

Entered on Docket: Oct 31 2016

John C. Morgan, Jr.
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186

Bruce E. Matson, Chapter 7 Trustee
LeClair Ryan, A Professional Corporation
919 East Main Street
24th Floor
Richmond, VA 23219

Ebbin Carlton Ballard, Jr.
191 Mae Lane
Wake, VA 22315